FORM FOR USE IN APPLICATIONS
FOR HABEAS CORPUS UNDER 28 U.S.C. SECTION 2241

UNITED STATES DISTRICT COURT FOR THE

CASE NO. __1:25-cv-00181_____(to be supplied by the Clerk of Court)

__GONZALES, ALPHONSO EDUARDO__, PETITIONER
(Full name -- include name under which you were convicted)

v.

__J. BRAWLEY, ACTING WARDEN__, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)

__GONZALES, ALPHONSO EDUARDO # 58995-051__
NAME AND PRISON NUMBER

__F.C.I. Big Spring 1900 Simler Ave. Big Spring, TX 79720__
PLACE OF CONFINEMENT

(If the petitioner wishes to attack a federal judgment under which a sentence was imposed he/she should file a motion under 28 U.S.C. Section 2255, in the federal court which entered the judgment).

PETITION FOR WRIT OF HABEAS CORPUS UNDER SECTION 2241
BY A PERSON IN FEDERAL CUSTODY

INSTRUCTIONS--READ CAREFULLY

1. This petition must be legibly handwritten or typewritten, signed by the petitioner and subscribed to under penalty of perjury as being true and correct. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any question type or use lined paper.

2. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

4. If you do not have the necessary filing fee, you may submit an application to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. You must also have an authorized official at the correctional facility complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $150.00, you must pay the filing fee as required by the rule of the district court.

5. Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or different states, you must file separate petitions as to each court.

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

7. When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court whose address is:

8. Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1. Name and location of court which entered the judgment of conviction under which you are presently confined: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MISSOURI 111 S. TENTH STREET ST. LOUIS, MISSOURI 63102

2. Date of judgment of conviction: 04/15/2015

3. Length of sentence: 216 MONTHS   Sentencing Judge: FLEISSIG

4. Nature of offense or offenses for which you were convicted:
21:846, 21:841(A)(1) AND 21:841(B)(1)(A) CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE (ct II); 18:1956(A)(1)(B), 18:1956(H) CONSPIRACY TO COMMIT MONEY LAUNDERING (ct VII).

5. Were you sentenced on one or more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    YES ( )    NO ( ).

6. Do you have any further sentence to serve after you complete the sentence imposed by the judgment under attack?    YES ( )    NO (X).

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____

   (b) And give date and length of sentence to be served in the future: _____

   (c) Have you filed, or do you contemplate filing, a petition attacking the judgment which imposed the sentence to be served in the future?    YES ( )    NO (X).

7. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground:

   (a) Ground one:

   BOP Program Statements 5410.01, I was encouraging by Case Manager and Psychology, to Vocational Courses

   Supporting FACTS (Tell your story briefly without citing cases or law):

   I am requesting my FSA/FTC credits be applied toward my five (5) years of supervision release its earlier release date. I am programing as recomemend by Case Manager and Psychology Department, to Reduce and Access the Low Recidivism Risk, also Productives to Reduce the Risk. I am successfully complete Recidivism Reduction and Productive Activities. Earlies release as BOP Program Statements 5410.01, I request Relief by applying my FSA/FTC credits toward earlier Release. I was encouraging to get vocational courses by Psychology Dept. and Case Manager, which it I did, after sentence imposed/time to serve, I have a term of supervision of five (5) years.

(b) Ground two:

I had Requesting on or about 05/21/2025 - "Request for Administrative Remedy, therefore, the Warden Received" 05/23/2025, but they have taken part of BP-8 BP-9

Supporting **FACTS** (Tell your story briefly without citing cases or law):

I am following and develop completely all my Remedy as Programs Statements as exhausted my Recourse, therefore, I am Filing this 2241 Motion to solve it issued

I am programming to reduce and access the Low Recidivism Risk, also Productive and Producti to reduce the Risk. I am successfully completed Recidivism Reduction and Productive Activities. Earlier Release as Bureau of Prisons Programs 5410.01 Request Relief by applying my FSA/FTC credits toward an earlier release, I was encouraging to get Vocational Courses, I have five years of Supervision after I finish BOP term, I would like to have opportunity as right everyone else as equal opportunity.

(b) Ground three:

I am Requesting FSA/FTC credits as per earning for several Education and Vocational Courses as Recommended, therefore, I did it completed.

Supporting **FACTS** (Tell your story briefly without citing cases or law):

As such I am eligible for the First Step Act (FSA) which allows me to accumulate good time based on programming while in BOP custody. Throughout my sentence I have participated in several Vocational Tech Programs, Adult Education classes as well Courses Recommended.

I am lowered my point and reduced my Risk of Recidivism, but they also earned me good time by programming. Furthermore, those classes and courses have my job skills increased and my work ethic. I was working hard to reduce Risk Recidivism, to further establish a positive work history and high praise for my supervisor

(b) Ground four: As per First Step Act (FSA) of time credits of 2018 procedure for implementation of 18 U.S.C. 3632 (d)(4) supporting facts 5400.01 and 5220.01 (FSA) Programs incetive

Supporting **FACTS** (Tell your story briefly without citing cases or law): 5400.01 First Step Act (FSA) Needs Assessment, and 5220.01 (FSA) Program incentive related to earning and awarding time credits for evidence-based recidivism reduction (EBRR) programs which I was recommend by unit team and psychology Dept. Therefore, I was following the 13 areas the SPARC-13 Needs Assessment and I have continuing education classes and productive activity during my years of incarceration, I have strived to do positive things to better myself as a man. This time has allowed me to self-reflect on the things I have done wrong in the past and this has become a catalyst for positive change in my personal life. I feel ashamed and I am very sorry for my selfish action not only affected me but also caused pain to many other, including my own family.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he/she may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

09/11/2025  
(Date)

Alfonso Gonzales  
(Signature)

_____  
(Signature of Attorney (if any))

W:\2241.WPD

Gonzales Alphonso Eduardo
Reg. # 58995-051
F.C.I. Big Spring
1900 Simler Ave.
Big Spring, TX 797—

CERTIFIED MAIL
9589 0710 5270 2378 2993 60

Clerk of The United States District Court
For The Northern District of Texas
Abilene Division
341 Pine Street Room 2008
Abilene, Texas 79601








