UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ALPHONSO EDUARDO GONZALES,<br><br>Petitioner,<br><br>v.<br><br>J. BRAWLEY,<br><br>Respondent. | No. 1:25-CV-00181-H |

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is denied and dismissed with prejudice.

Dated January 6, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge